UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CANDIE LUPO** <br> **AND JACOB LUPO** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE DEE DRELL** |
| **THE UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE JOSEPH PEREZ-MONTES** |

## COMPLAINT

Now come petitioners, Candie Lupo and Jacob Lupo, who with respect represent, as follows:

1.

Made defendant herein is the UNITED STATES OF AMERICA, who has been properly served pursuant to Fed. R. Civ. Proc. 4(i)(1), as follows:

A. By sending a copy of the summons and of the complaint to Ms. Katie Vincent, Chief Civil Process Clerk for the United States attorney's office for the Western District of Louisiana, 800 Lafayette Street, Lafayette, Louisiana 70501; and

B. By sending a copy of the summons and of the complaint by certified mail to the Honorable William Barr, United States Attorney General, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001.

## JURISDICTION AND VENUE

2.

Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1346(b)(1) and 28 U.S.C. §2671, et seq.

3.

Petitioner, Candie Lupo, timely filed her administrative claim and an amended administrative

claim on a Form 95, together with supporting documentation, with the United States Forestry Service on April 24, 2017 and October 11, 2018 pursuant to 28 U.S.C. §2675(a).

4.

On June 5, 2019, defendant formally denied the administrative claim asserted by petitioner, Jacob Lupo.

5.

Petitioner, Jacob Lupo, timely filed his administrative tort claim on a Form 95, together with supporting documentation, with the United States Forestry Service on October 11, 2018 pursuant to 28 U.S.C. §2675(a).

6.

On March 20, 2019, defendant formally denied the administrative claim asserted by petitioner, Candie Lupo.

7.

Pursuant to 28 U.S.C. §2401(b) and 39 CFR 912.9(a), this Court now has jurisdiction to adjudicate both petitioners' claims.

8.

Venue is likewise proper in this Court pursuant to 28 U.S.C. §1402(b), since petitioners reside within the Western District of Louisiana and the accident at issue occurred in Pineville, Louisiana, which is likewise within the Western District of Louisiana.

**FACTS**

9.

On October 19, 2016, petitioner, Jacob Lupo, was operating a 1990 Honda Accord ("the

Lupo vehicle") owned by and with the permission of its owner, Sandra Pantfoeder, in a southerly direction in the outside lane of travel of U.S. Highway 165 within the City of Pineville, Parish of Rapides, and State of Louisiana.

10.

Petitioner, Candie Lupo, was a guest passenger in the Lupo vehicle.

11.

At or around the same time, Marion Thomas, was operating a 2011 Ford F350 ("the Thomas vehicle") owned by defendant in a northerly direction in the inside lane of travel on U.S. Highway 165.

12.

When the Thomas vehicle reached the point where U.S. Highway 165 intersects with the northbound entrance ramp of U.S. Highway 167, Thomas attempted to execute a left hand turn off of U.S. Highway 165 and onto the entrance ramp of U.S. Highway 167, but in the process of so doing, he pulled directly into the Lupo vehicle's lane of travel, as a result of which, the Lupo vehicle collided with the Thomas vehicle.

13.

At the time of the accident and at all other times pertinent to this litigation, Marion Thomas was employed by and acting within in the course and scope of his employment with the United States of America, through the United States Forestry Service.

14.

The aforedescribed accident was caused by the fault and negligence of Marion Thomas, which consisted of the following acts and omissions:

    A.    Failing to yield to traffic with the right of way;

    B.    Entering a preempted lane of travel;

    C.    Failing to ensure that traffic had cleared before entering a busy intersection;

    D.    Operating a vehicle in a careless and inattentive manner;

    E.    Failing to observe and timely respond to traffic conditions in the roadway;

    F.    Failing to see what a reasonable and prudent driver would and should have seen; and

    G.    Failing to abide by the laws, ordinances, and rules of the road of the City of Pineville, Parish of Rapides, and State of Louisiana.

15.

As a result of the aforedescribed accident, petitioner, Candie Lupo, sustained the following damages:

    A.    Physical pain and suffering (past, present, and future);

    B.    Mental suffering, anxiety, and emotional upset (past, present, and future);

    C.    Medical, hospital, and related healthcare expense (past, present and future);

    D.    Impairment, disability, and loss of enjoyment of life (past, present, and future); and

    E.    Loss of wages and earning capacity (past, present, and future).

16.

As a result of the aforedescribed accident, petitioner, Jacob Lupo, sustained the following damages:

    A.    Physical pain and suffering (past, present, and future);

    B.    Mental suffering, anxiety, and emotional upset (past, present, and future);

    C.    Medical, hospital, and related healthcare expense (past, present and future);

    D.    Impairment, disability, and loss of enjoyment of life (past, present, and future); and

    E.    Loss of wages and earning capacity (past, present, and future).

For the above and foregoing reasons, petitioners, Candie Lupo and Jacob Lupo, claim damages from defendant, The United States of America, in amounts deemed reasonable and just by this Honorable Court, together with all costs of these proceedings.

    Respectfully submitted,

    LUNEAU & BECK, LLC

    s/Robert L. Beck, III
    ROBERT L. BECK III (29083)
    W. JAY LUNEAU (21731)
    MATTHEW T. SEATON (La. Bar Roll #38398)
    5208 Jackson Street Ext., Suite A
    P.O. Drawer 12850
    Alexandria, Louisiana 71315-2850
    Telephone: (318) 445-6581
    Facsimile: (318) 445-3708

    ATTORNEYS FOR PETITIONERS